# Order

Michigan Supreme Court
Lansing, Michigan

March 28, 2007

132352

WILLIAM MILLER,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant,
      Cross-Defendant-Appellant,
and

PT WORKS, INC.,
      Cross-Plaintiff-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132352
COA: 259992
Wayne CC: 03-325030-NF

On order of the Court, the application for leave to appeal the September 19, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals to determine whether PT Works may properly be incorporated solely under the Business Corporations Act and not the Professional Services Corporations Act, and, once that determination is made, to reconsider (if necessary) whether physical therapy provided by PT Works was "lawfully rendered" under MCL 500.3157.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2007                              _____

t0321                                       Clerk